BAKER ICE MACH. CO. v. BAILEY.

In re GRANT BROS

(Circuit Court of Appeals, Eighth Circuit. December 11, 1913.)

No. 3,991.

BANKRUPTCY (§ 468\*)—APPELLATE PROCEEDINGS—CONTROVERSIES ARISING IN
BANKRUPTCY PROCEEDINGS.

General Order in Bankruptcy No. 36 (89 Fed. xiv, 32 C. C. A. xxxvi),
requiring findings of fact and conclusions of law to be stated by the Cir-
cuit Court of Appeals on appeals to the Supreme Court in bankruptcy
cases, does not apply to appeals from the decision on a petition of inter-
vention by an adverse claimant to property, which is a controversy aris-
ing in a bankruptcy proceeding, within Bankr. Act July 1, 1898, c. 541,
§ 24a, 30 Stat. 553 (U. S. Comp. St. 1901, p. 3431), as to which appeals
are governed by the general statutes.

[Ed. Note.—For other cases, see Bankruptcy, Cent. Dig. § 930; Dec.
Dig § 468.\*

Appeal and review in bankruptcy cases, see note to In re Eggert, 43
C. C. A. 9.]

Appeal from the District Court of the United States for the Dis-
trict of Kansas; John C. Pollock, Judge.

In the matter of Grant Bros., bankrupts. The Baker Ice Machine
Company appealed from an order denying its petition to recover prop-
erty. On reversal of the order, J. F. Bailey, trustee, requests findings
of fact and conclusions of law. Denied.

See, also, 209 Fed. 603.

H. C. Brome and Clinton Brome, both of Omaha, Neb., for appel-
lant.

W. S. McClintock and A. L. Quant, both of Topeka, Kan., for ap-
pellee.

Before HOOK and CARLAND, Circuit Judges, and VAN VAL-
KENBURGH, District Judge.

HOOK, Circuit Judge. This was an intervention by the machine
company in a bankruptcy proceeding, asserting title and asking posses-
sion of machinery sold the bankrupt under a contract of conditional
sale. It was a controversy arising in a bankruptcy proceeding, within
section 24a of the Bankruptcy Act. Hewit v. Berlin Machine Works,
194 U. S. 296, 24 Sup. Ct. 690, 48 L. Ed. 986. The trustee having pre-
vailed below, the machine company came here by appeal. We recently
decided the cause for the appellant, and the appellee, desiring to appeal
to the Supreme Court, now requests findings of fact and conclusions
of law according to General Order in Bankruptcy 36 (89 Fed. xiv,
32 C. C. A. xxxvi). The request is denied. The general order does
not apply to appeals under section 24a. Knapp v. Milwaukee Trust
Co., 216 U. S. 545, 30 Sup. Ct. 412, 54 L. Ed. 610; Houghton v. Bur-
den, 228 U. S. 161, 33 Sup. Ct. 491, 57 L. Ed. 780.

\*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes